Pro Se 14 (INND Rev. 2/20)

-FILED-
OCT 31 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__H. Bruce Sheehan II__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__#1 Officer Unger__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __1:23CV462__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| #1 | Officer John Doe | New Haven Police Dept. City of New Haven Ind. |
| #2 | New Haven Police Dept | City of New Haven Indiana |
| #3 | City of New Haven Board of Public Safety | City of New Haven Indiana |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __4__

2. What is the name and address of your prison or jail? __Allen County Community Corrections Residential Facility 7117 Ventura ln__

3. Did the event you are suing about happen there? ◯ Yes  ⦿ No, it happened at: __Around 11:00pm in New Haven, at the New Haven Jail, Parkview Hospital__

4. On what date did this event occur? __March 3rd 2023__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On Sunday, March 3rd 2023 I was headed to a friend's brothers house located in New Haven In., to help an individual with an addiction crisis and to make sure he didn't skip town and the following day, Monday March 4th 2023

2) Not knowing the neighborhood at all I turned down the wrong street, parrellel to the correct street where [Friend]'s house was actually located.

3) As I approached the stop at the itersection of (unknown St) to Green St. I observed an unmarked, grey Charger turning left from Highway 24 onto Green St in my direction.

4) As I turned right onto Green St this same vehicle came towards my own faster than the Posted Speed limit of 25mph

5) At this time, and due to my own experience with Police in the past, I knew this was cop, especially due to how close he was following my vehicle.

6) The distance from (unknown St) and the very

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

next street (which was the one I was supposed to be on) is less than 200 feet.

7) Using my Right signal I signalled my turn and was followed extremely closely by the Cop (Officer [Linenger]), who also had his high beams on.

8) My friends house is on a dead end road that is into this other street which is One ½ Corner house Back, Side, and Front yard long, which is also less than 200 feet.

9) I used my signal left to turn left letting other drivers knowing my intentions.

10) Unfortunately 3 week prior while I was parked downtown Ft. Wayne my car was in a hit and run while parked in the street, causing my entire left brake and turn lights smashed out.

11) Having just started a new job and in between moving I could not afford to fix it and didn't have my Insurance cover it due to higher fees.

12) After making my left turn and, as I was about to park in front of the house I was staying the night at [Linenger] turned his lights and sirens on.

13) As soon as Linenger came to my driver side window which was rolled entirely down, I presented my Identification Card (which I am supposed to carry along w/ SR-22 Insurance) and other forms of Insurance along w/ the ORDER from

Allen County Court informed her that he had no suspended driving privileges.

14) After handing Liniger my I.D., I stated specifically my paperwork from the Court and Insurance information was in my trunk due to the fact I was coming from cleaning, vaccumming and blowing out my car which went on a little longer than expected.

15) After Liniger snatched my I.D. card aggressively, he gave me multiple verbal commands to keep my hands on the steering wheel which I respectfully performed until he came back to my vehicle.

16) Because of his commands I was unable to reach through my back seat to retrieve my driving credentials.

17) When Liniger approached my vehicle the second time his aggressiveness was, at that point, on another higher level than before.

18) He stated that I needed to exit the vehicle because he was in fear of his life because he noticed my work knife plainly visible blade down in between my seat (passenger) and console.

19) I told him I was there doing a N.A. call (Narcotics Anonymous), and didn't understand why he was acting like he was and I was in fear of exiting my vehicle.

20) He then commanded me to exit the vehicle and I explained my reluctance from prior situations with police, and also knowing my Rights.

21) Officer Liniger then threatened me with incarceration if I did

D4

22) While exiting my vehicle I asked if I could get my driving documents out of the trunk which he said "NO".

23) He then told me to turn around and placed handcuffs onto me

24) While cuffing me I said now we're under the 4th Amend. (U.S. Constitution 4th Amend.) and he stated some insulting term along the lines "Oh so you're one (1) of those Fuckers." which I agreed saying I know my Rights.

25) He conducted a Pat down of my outer body and felt something in the knee side pocket and pulled it out saying it was Meth.

26) I stated the pants belong to the guy whose house I was in front of saying he gave them to me to go clean out my vehicle because I only had nicer clothes on during the day.

27) I smoked weed at the time and told him I had a weed pipe but no drugs and I have never done Meth, wasn't even high trying to be sincere as and truthful as possible

28) While being handcuffed I, for the first time noticed another officer who approached Unger and me to escort me to his vehicle. This is Officer John Doe

29) I never once resisted, but while being placed into the squad car I kept asserting my Rights. which fell on deaf ears

30) While sitting in the back of the squad car, Unger & John Doe began searching my vehicle and when searching

P.5

my trunk. The Cop then pulled the insurance/title envelope out that contained my Courts Order and Insurance. They looked through it, put it back in the envelope, threw it back in my trunk and slammed it shut.

30) John Doe then came back to his squad car and notified me I was under arrest for Habitual Traffic Violator and Meth.

32) At this time I was outraged by the intrusion and violation of my Rights and let him know.

33) John Doe then, for some reason, took me to the New Haven Police Dept and not the Allen County Jail.

34) Officer Linger met us there and they both escorted me to a holding type cell with a metal bench.

35) Around (10) ten minutes later, standing outside the closed cell door Linger demanded I sit on the bench, at which time I explained I had both Left & Right hips replaced and sitting on metal objects hurt, and refused to sit on the bench.

36) Linger began getting even more aggressive with his demands so I told him Fuck Off.

37) I was still in handcuffs during this situation and until I was dropped off to Allen County Jail.

38) Linger then opened the cell door hitting me with it twice which caught me off balance and smashed my entire body against the wall.

39) Linger then grabbed me with both arms picking me up and slammed me down onto the metal bench then shoved me into the corner. I felt excruciating pain in my back at that moment.

40) While this was going on Linger kept smashing my face into the wall repeatedly while Officer John Doe shackled my legs.

41) Officer John Doe just stood there watching and not intervening

P.6

at any point, but gave a "hell yeah" as words of encouragement. Lininger shouted "Stop resisting" with a smile on his face.

42) Lininger also chained me to the bench with another set of cuffs welded onto the bench.

43) E.M.T. came into the cell and asked if I wanted to go to the hospital and I replied "Yes" due to the severe pain in my lower back and also in my left side jawbone.

44) Officer John Doe and another Officer (John Doe 3 - Not a defendant) escorted back in the sallyport and placed me into the back of Officer John Doe's squad car.

45) Upon parking at Parkview Randalia, Officer Lininger opened my door and demanded I get out.

46) I then complained about how my legs were numb from being shackled and I couldn't walk, to please get a wheelchair.

47) He then proceeded to yank me out of the squad car and slam me against the squad car, then onto the ground, and performed it Seemas Lama his whole entire 320 lb. frame on top of me while I was face up, knocking the wind out of me.

48) Then he aggressively rolled me onto my stomach but punched me in the back asking me if that hurt as well.

49) Thankfully Parkview has their own officers working at the hospital and they intervened at that moment.

50) While sitting shackled fully in the wheelchair I spoke to a nurse about the pain I was under and she ordered I take X-rays to establish treatment.

51) Lininger and John Doe #2 escorted the medical staff the entire time along with Parkview Security but they wouldn't take my handcuffs off so that I could be X-rayed so the medical staff could not perform their job.

52) Officer Lininger and Officer John Doe along with Parkview

P.7

escorted me back outside where we were met upon arrival

54) During this awaiting time to go to the Allen County Jail 5, of the 6 officers mainly Lininger and Officer John Doe, were condemning me laughing and chopping it up like old friends so I also made comments myself mostly about how out-of-shape Lininger was but ended it with saying google me, at which one Parkview Officer did, letting them know I knew fully well of the numerous Constitutional violations that occurred and that I'd see them in court

55) The Parkview Officer that Googled my name began showing them my previous suit against another agency at which point their joking abruptly stopped

56) Minutes later I was taken to Allen County Jail with an extremely different acting Officer John Doe who kept quite the whole ride

Each Defendant and reason for suit against each Defendant.

57) Officer Lininger for 4th and 14th Amendment violations Unlawful Arrest; Excessive Force; Deliberate Indifference; Denial of Medical Care. Individual and Official Capacity

58) Officer John Doe for 4th and 14th Amendments violations for Unlawful Arrest; Excessive Force; Failure to Intervene; Deliberate Indifference; Denial of Medical Care; Individual and Official capacity

59) New Haven Police Department for violation of State and Federal Law; Failure to Train

60) New Haven Board of Public Safety for Failure to Investigate; Failure to Train; Violating State Statutes & Code

P.8

Pro Se 14 (INND Rev. 2/20)                                                                                                                     page 4

5. When did this event happen?
   - ● Before I was confined.
   - ○ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ○ No.
   - ● Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ● No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

Learn and to train their Department how to deal with arrestees and detainees with mental and physical disabilities appropriately. And to go by Indiana Code and stop pulling citizens over in unmarked vehicles. Too educate both Constitutional Rights & Bill of Rights

[*Initial Each Statement*]

*ABS* I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
*ABS* I will keep a copy of this complaint for my records.
*ABS* I will promptly notify the court of any change of address.
*ABS* I WILL NOT send more than one copy of any filing to the court.
*ABS* I WILL NOT send summons, USM-285, or waiver forms to the clerk.
*ABS* I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                    _____
Signature                                                                                Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]