AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

H. BRUCE SHEEHAN, II
    Plaintiff

                v.                          Civil Action No.1:23-cv-462

LINIGER, *Officer*

JOHN DOE, *Officer*

NEW HAVEN POLICE DEPT

NEW HAVEN CITY OF, *Board of Public Safety*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by   Judge Joseph S. Van Bokkelen.

DATE:   1/13/2025                  CHANDA J. BERTA, CLERK OF COURT

                                            by   s/N. Corle
                                            *Signature of Clerk or Deputy Clerk*